UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:21-cr-602 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| CHELSTON TOLER, | ) | |
| | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon Magistrate Judge Thomas M. Parker Report and Recommendation that the Court ACCEPT the plea of guilty of defendant Chelston Toler and enter a finding of guilty against defendant. (Doc. No. 28.)

On August 25, 2021, the government filed an Indictment against defendant. (Doc. No. 12.) On October 28, 2022, this Court issued an order assigning this case to Magistrate Judge Parker for the purpose of receiving defendant's guilty plea. (Doc. No. 25.)

On November 14, 2022, a hearing was held in which defendant entered a plea of guilty, as follows:

- Count 1, charging him with Interference with Commerce by Means of Robbery, in violation of 18 U.S.C. Sections 1951(a);

- Count 2, charging him with Using or Carrying and Brandishing a Firearm During and in Relation to a Crime of Violence, in violation of 18 U.S.C. 924(c)(1)(A)(ii);

- Count 3, charging him with Felon in Possession of Firearm and Ammunition, in violation of 18 U.S.C. 922(g)(1) and 924(a)(2) and (e).

Magistrate Judge Parker received defendant's guilty plea and issued a Report and

Recommendation ("R&R") recommending that this Court accept the plea and enter a finding of guilty. (Doc. No. 28.)

Neither party objected to the Magistrate Judge's R&R in the fourteen days after it was issued.

Upon *de novo* review of the record, the Magistrate Judge's R&R is ADOPTED. Specifically, the Court finds as follows: that the defendant is competent to enter a plea, that he understands his constitutional rights, that he is aware of the consequences of entering a plea, and that there is an adequate factual basis for the plea. The Court further finds that the plea was entered knowingly, intelligently, and voluntarily. Accordingly, the defendant's plea of guilty is APPROVED.

Therefore, the defendant is adjudged guilty of Counts 1, 2 and 3 of the indictment. The sentencing will be held on March 16, 2023, at 10:00 a.m., in Courtroom 530.

**IT IS SO ORDERED**.

Dated: December 16, 2022

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**